# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER THOMPSON,** Plaintiff, v. **SYNCHRONY BANK,** Defendant. | **Case No.: CV17-7157 JFW (FFMx)** **ORDER RE: REMAND** **HONORABLE JOHN F. WALTER** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, remanded to the San Luis Obispo Superior Court.

Dated: October 10, 2017

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**